IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Dirk J. Obbink, | ) | |
| Susan L. Carnahan-Obbink, | ) | |
| *Debtors* | ) | Case No. 19-20752 JAD |
| | ) | Chapter 7 |
| Dirk J. Obbink, | ) | |
| Susan L. Carnahan-Obbink, | ) | |
| *Movants* | ) | Document No. |
| | ) | |
| No Respondents | ) | |

### MOTION FOR EXTENSION OF TIME TO FILE COMPLETED CHAPTER 7 PETITION

AND NOW, come the debtors, Dirk and Susan Obbink, by and through their attorneys, Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. This case was commenced on February 28, 2019 when the debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code.
2. The petition was filed on an emergency, incomplete basis.
3. The debtors are requesting an extension until March 25, 2019 to file the completed Chapter 7 petition.

WHEREFORE, the debtors, Dirk and Susan Obbink, respectfully request this Honorable Court to grant them an extension until March 25, 2019 to file the completed Chapter 7 petition.

                                                Respectfully submitted,

March 14, 2019                                    /s/ Kenneth Steidl
DATE                                                      Kenneth Steidl, Esquire
                                                             Attorney for the Debtor
                                                              STEIDL & STEINBERG
                                                              Suite 2830, Gulf Tower
                                                              707 Grant Street
                                                              Pittsburgh, PA 15219
                                                              (412) 391-8000
                                                              Ken.steidl@steidl-steinberg.com
                                                              PA I.D. No. 34965