IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Dirk J. Obbink, | ) | |
| Susan L. Carnahan-Obbink, | ) | |
| *Debtors* | ) | Case No. 19-20752 JAD |
| | ) | Chapter 7 |
| Dirk J. Obbink, | ) | |
| Susan L. Carnahan-Obbink, | ) | |
| *Movants* | ) | Document No. |
| | ) | |
| No Respondents | ) | |

## **ORDER OF COURT**

AND NOW, to wit, this _____ day of _____, 2019, it is hereby ORDERED, ADJUDGED and DECREED, that the debtors, Dirk and Susan Obbink, are hereby granted an extension until March 25, 2019 to file a completed Chapter 7 petition.

FURTHER ORDERED:

_____
Honorable Jeffery A. Deller
United States Bankruptcy Judge